


# SEYFARTH
## ATTORNEYS SHAW LLP

1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
212-218-5500
fax 212-218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5528

Writer's e-mail
lsarno@seyfarth.com

RECEIVED SEP 27 2005 CHAMBERS OF JUDGE GLEESON

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ OCT 3 2005 ★
BROOKLYN OFFICE

September 26, 2005



Granted
So ordered
s/John Gleeson
9-27-05

**VIA FEDERAL EXPRESS**
The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Maudeline Balan v. Target Corporation and Dayne Brown
CV 05-4174 (JG)(VVP)**

Dear Judge Gleeson:

The undersigned firm represents Defendant Target Corporation ("Target") in the above referenced matter. Defendant Target was served with the Summons and Complaint on September 14, 2005. Plaintiff has consented to extend Defendant's time to answer, move or otherwise respond to Plaintiff Maudeline Balan's Complaint to October 25, 2005. We respectfully request that the Court grant such extension of time.

Thank you for the Court's attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

L. Lynnette Sarno (LS-2421)

cc: Wale Mosaku, Esq. (via facsimile)

NY1 25135778.2